

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00860-CV

Jamie **RALLS-JOHNSON**,
Appellant

v.

Jonathan Wayne **JOHNSON**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-17270
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Jonathan Wayne Johnson recover his costs in this appeal from appellant Jamie Ralls-Johnson.

SIGNED January 8, 2014.

_____
Marialyn Barnard, Justice